**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| RYAN PFLIPSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | FILE No. 5:24-cv-1308-FB |
| MERCHANDISE PICKUP SERVICE, | ) | |
| INC., d/b/a FAMILY THRIFT CENTER | ) | |
| | ) | |
| Defendant(s). | ) | |

## JOINT NOTICE OF SETTLEMENT

The Parties, hereby jointly and respectfully provide this notice to the Court that the Parties appear to have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and/or prepare and file dismissal papers with the Court.

Dated: February 10, 2025.

Respectfully submitted,

**Plaintiff, Ryan Pflipsen**
Dennis R. Kurz, Esq.
**KURZ LAW GROUP, LLC**
4355 Cobb Parkway, SE, Ste. J-285
Atlanta, GA 30339
dennis@kurzlawgroup.com

**MERCHANDISE PICKUP SERVICE, INC.
d/b/a FAMILY THRIFT CENTER**
c/o Jack Wisdom, Esq.
**MARTIN, DISERE, JEFFERESON & WISDOM, LLP**
808 Travis, Suite 1100
Houston, Texas 77002
wisdom@mdjwlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, a true and correct copy of the above and foregoing has been filed electronically to the Clerk of the Court using CM/ECF/system on February 10, 2025.

**MERCHANDISE PICKUP SERVICE, INC.**
**d/b/a FAMILY THRIFT CENTER**
c/o Jack Wisdom, Esq.
**MARTIN, DISERE, JEFFERESON & WISDOM, LLP**
808 Travis, Suite 1100
Houston, Texas 77002
wisdom@mdjwlaw.com

/s/  Dennis R. Kurz
Dennis R. Kurz, Esq.