IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RYAN PFLIPSEN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-24-CA-1308-FB |
| | § | |
| MERCHANDISE PICKUP SERVICE, | § | |
| INC. d/b/a Family Thrift Center, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is Plaintiff's Unopposed Motion to Dismiss With Prejudice, filed on March 18, 2025. (Docket no. 14). After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice (docket no. 14) is GRANTED such that the above styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 19th day of March, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE